UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:05-cv-30012-MAP

FILED
IN CLERK'S OFFICE
2005 MAR 10 P 1:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

J.C.P., INC., d/b/a AUTOS BY JOSEPH
Plaintiff

v.

TOWN OF AGAWAM
Defendant

### PLAINTIFF'S MOTION TO REMAND - ASSENTED TO BY DEFENDANT

Now come the plaintiff who moves to remand this case to the Hampden Division of the Superior Court, Department of the Trial Court for the reason that the parties have filed a Partial Stipulation of Dismissal of Count II which dismisses so much of said Count which seeks relief pursuant to 42 U.S.C. § 1983, which was the only relief sought within the Verified Complaint that concerned a federal question for the purpose of federal jurisdiction.

Wherefore, the plaintiff prays that this matter be remanded to the state court from which it was removed because there is no longer any federal question.

Respectfully Submitted:
BY THE PLAINTIFF

Joseph M. Pacella, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - P.O. Box 9035
Springfield, MA  01102-9035
(413) 737-0260; fax (413) 737-0121
BBO # 638018

Assented to:
BY THE DEFENDANT

Carole Sakowski Lynch
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
BBO # 547718

11728-040730\85209.wpd

I CERTIFY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) 3/10/05

ATTORNEY