UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED CLERK'S OFFICE*
*2005 MAR 10 P 1: 47*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Civil Action No. 3:05-cv-30012-MAP

J.C.P., INC., d/b/a AUTOS BY JOSEPH
Plaintiff

v.

TOWN OF AGAWAM
Defendant

## PARTIAL STIPULATION OF DISMISSAL - COUNT II
## RELIEF SOUGHT UNDER 42 U.S.C. §1983

Pursuant to the provisions of Rule 41(a)(1)(ii), J.C.P., Inc. d/b/a Autos By Joseph, plaintiff herein, dismisses with prejudice so much of Count II of the Verified Complaint in the above entitled action that seeks relief under 42 U.S.C. §1983 against defendant, Town of Agawam by agreement of all parties that have appeared in this action.

FOR THE PLAINTIFF

Joseph M. Pacella, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - P.O. Box 9035
Springfield, MA   01102-9035
(413) 737-0260; fax (413) 737-0121
BBO # 638018

FOR THE DEFENDANT

Carole Sakowski Lynch
Morrison Mahoney LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
BBO # 547718

11728-040730\85239.wpd

I CERTIFY A TRUE COPY OF THE ABOVE DOCUMENT
WAS SERVED UPON EACH PARTY APPEARING PRO SE AND)
THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY
MAIL (BY HAND ON  3/10/05

ATTORNEY